**Order entered January 30, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01278-CR

**MIGUEL ALBERTO GUTIERREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 27,326**

## ORDER

The court reporter initially filed a reporter's record that omitted the exhibits offered at trial. Consequently, on November 21, 2013, we ordered the court reporter to file, within ten days of the date of that order, a supplemental record containing the trial exhibits. On December 4, 2013, the court reporter filed a supplement record containing some of the exhibits offered at trial. However, the supplemental record does not contain (1) State's exhibit 1A, an in-store video, or (2) State's exhibit 21, a video game.

Consequently, we **ORDER** the court reporter to file, within seven days of the date of this order, a supplement record containing the missing exhibits.

/Lana Myers/
LANA MYERS
PRESIDING JUSTICE